395 A.2d 1008

Commonwealth v. Riddick, Appellant.

Submitted December 14, 1977. John W. Packel, Assistant Public Defender, for appellant; Michael R. Stiles, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

395 A.2d 1008

Commonwealth v. Shaird, Appellant.

Submitted December 6, 1977. John W. Packel, Assistant Public Defender, and Benjamin Lerner, Defender, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, P. J., and SPAETH, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.